UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

Civil Action No. 3:18-CV-151

B.L.                                                                                          PLAINTIFFS

v.

BRADLEY SCHUHMANN, et al.                                           DEFENDANTS

*****

## NOTICE TO TAKE THE VIDEO DEPOSITION OF TOMMY DAVIS

*****

Please take notice that the video deposition of Tommy Davis will take place on **Monday, March 23, 2020 at 10:00 a.m**. (EST) at the offices of Kentuckiana Reporting Services located at 730 West Main Street, Suite 101, Louisville, KY 40202. Said deposition is to be taken for the purposes of discovery and for all other purposes allowable under the Federal Rules of Civil Procedure.

                                                  Respectfully submitted,

                                                  /s/ Tad Thomas
                                                  **TAD THOMAS**
                                                  **LINDSAY CORDES**
                                                  **Thomas Law Offices, PLLC**
                                                  9418 Norton Commons Blvd.
                                                  Suite 200
                                                  Louisville, Kentucky 4005

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via email/ECF this 11th day of December, 2019 to the following:

Kenneth Bohnert, Esq.
Edward L. Lasley, Esq.
CONLIFFE, SANDMANN & SULLIVAN, PLLC
325 West Main Street, Suite 2000
Louisville, Kentucky 40202
kbohnert@cssattorneys.com
tlasley@cssattorneys.com
*Counsel for Defendant Brandon Wood*

Kent J. Wicker, Esq.
William H. Brammell, Jr., Esq.
DRESSMAN BENZINGER LAVELLE, PSC
321 West Main Street, Suite 2100
Louisville, Kentucky 40202
kwicker@dbllaw.com
bbrammell@dbllaw.com
*Counsel for Defendant Kenneth Betts*

Lee Sitlinger, Esq.
Kelly M. Rowan, Esq.
SITLINGER, MCGLINCY & THEILER
734 W. Main Street, Suite 200
Louisville, Kentucky 40202
lstilinger@smtlawoffice.com krowan@smtlawoffice.com
*Counsel for Defendant Major Curtis Flaherty*

Peter Ervin, Esq.
Annale Taylor, Esq.
JEFFERSON COUNTY ATTORNEY
531 Court Place, Suite 900
Fiscal Court Building
Louisville, Kentucky 40202
Peter.ervin@louisvilleky.gov
Annale.taylor@louisvilleky.gov
*Counsel for Defendant Louisville/Jefferson County Metro Government*

Robert Connelly, Esq.
J. Brittany Cross Carlson, Esq.
Marc S. Murphy, Esq.
Neil E. Barton, Esq.
STITES & HARBISON PLLC

400 West Market Street, Suite 1800
Louisville, Kentucky 40202
rconnolly@stites.com
mmurphy@stites.com
bcarlson@stites.com
nbarton@stites.com
*Counsel for Defendants The Boy Scouts of America and Lincoln Heritage Council, Inc., Learning for Life, Inc., Learning for Life, Lincoln Chapter, Inc.*

Carol Petitt, Esq.
Adam Fuller, Esq.
Vaughn Petitt Legal Group, PLLC
7600 W. Highway 146, Suite 100
Peewee Valley, KY 40056
*Counsel for Defendant, Bradley Schuhmann*

James Dilbeck, Esq.
4169 Westport Road, Suite 103
Louisville, KY 40207
*Counsel for Defendant, Matthew Gelhausen*

Darryl Durham, Esq.
James Gary, Esq.
Weber & Rose
471 E. Main Street, Suite 400
Louisville, KY 40402
*Counsel for Defendant, Julie Schmidt*

Joseph Klausing
401 South 4th Street, Suite 2200
Louisville, KY 40202
*Counsel for Defendant, Brandon Paris*

/s/ Lindsay Cordes
Lindsay Cordes