UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| B.L. | ) | CASE NO. 3:18-CV-000151-RGJ |
| PLAINTIFF | ) | SENIOR ACTION |
| | ) | |
| vs. | ) | |
| | ) | CONSOLIDATED WITH |
| | ) | |
| | ) | CASE NO. 3:18-CV-000152-RGJ |
| BRADLEY SCHUHMANN et al | ) | |
| DEFENDANTS | ) | CASE NO. 3:18-CV-000153-RGJ |
| | ) | CASE NO. 3:18-CV-000157-RGJ |
| | ) | CASE NO. 3:18-CV-000176-RGJ |
| | ) | CASE NO. 3:18-CV-000306-RGJ |

**NOTICE OF SERVICE**

\* \* \* \* \* \* \* \* \*

The Defendant, Casey Scott, by counsel, hereby gives notice to the Court that it has served Answers to Interrogatories and Responses to Request for Production of Documents propounded by Plaintiff on all parties of this matter, this 12th day of December, 2019.

DILBECK & MYERS, PLLC

/s/ James P. Dilbeck
JAMES P. DILBECK
8005 Lyndon Centre Way, Suite 201
Louisville, Kentucky 40222
(502) 595-6500

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using CMT/ECF system which will send a notice of electronic filing to all counsel of record.

Tad Thomas
Lindsay Cordes
Thomas Law Offices
9418 Norton Commons Blvd., Suite 200

Louisville, KY 40059
tad@thomaslawoffices.com
Lindsay.cordes@thomaslawoffices.com
serviceofprocess@thomaslawoffice.com

Ken Bohnert
Ted Lasley
Conliffe Sandmann & Sullivan PLLC
Waterfront Plaza
325 W. Main Street, Suite 2000
Louisville, KY 40202
kbohnert@cssattorneys.com
tlasley@cssattorneys.com

Kent Wicker
William H. Brammel, Jr.
DRESSMAN BENSINGER LAVELLE PSC
321 West Main Street, Suite 2100
Louisville, KY 40202
kwicker@dbllaw.com
kcampbell@dbllaw.com
bbrammell@dbllaw.com

Peter Ervin
Annale Taylor
Jefferson County Attorney
600 W. Jefferson Street
Louisville, KY 40202
peter.ervin@louisvilleky.gov
annale.taylor@louisvilleky.gov

Robert M. Connolly
J. Brittany Cross Carlson
Marc Murphy
Stites and Harbison PLLC
400 W. Market Street, Suite 1800
Louisville, KY 40202
rconnolly@stites.com
bcarlson@stites.com
mmurphy@stites.com

Carol Petitt
Adam Fuller
Vaughn Petitt Legal Group PLLC
7600 W. Highway 146, Suite 100
Peewee Valley, KY 40056

cpetitt@vplegalgroup.com
affuler@vplegalgroup.com

Lee Sitlinger
Kelly Rowan
320 Whittington Parkway, Suite 304
Louisville, Kentucky 40222
lsitlinger@smtlawoffice.com
krowan@smtlawoffice.com

Darryl Durham
James Gray
Weber & Rose
471 W. Main Street, Suite 400
Louisville, KY 40202
ddurham@weberandrose.com
jgray@weberrose.com

Joseph Klausing
O'Bryan Brown & Towner, PLLC
401 South Fourth Street, Suite 2200
Louisville, Kentucky 40202
kklausingj@obtlaw.com

Jeffrey Phillips
One Paragon Centre, Suite 300
2525 Harrodsburg Road
Lexington, Kentucky 40504
Jeff.phillips@steptoe-johnson.com

/s/ James P. Dilbeck
JAMES P. DILBECK