UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| B.L., et al. | ) | Case No. 3:18-CV-000151-RGJ |
| | ) | |
| Plaintiffs | ) | Senior Action |
| | ) | Consolidated with: |
| v. | ) | |
| | ) | Case No. 3:18-CV-000152-RGJ |
| BRADLEY SCHUHMANN, et al. | ) | Case No. 3:18-CV-000153-RGJ |
| | ) | Case No. 3:18-CV-000157-RGJ |
| Defendants | ) | Case No. 3:18-CV-000158-RGJ |
| | ) | Case No. 3:18-CV-000176-RGJ |
| | ) | Case No. 3:18-CV-000306-RGJ |

**FIFTH AMENDED NOTICE TO TAKE VIDEOTAPED AND TRANSCRIBED DEPOSITION**

Please take notice that the undersigned will, on **Tuesday, February 4, 2020** at the hour of **10:00 a.m.**, in the offices of **Kentuckiana Reporters located at 730 W. Main Street, Suite 101, Louisville, KY**, proceed to take the videotaped and transcribed deposition of **Plaintiff, B.L.,** said deposition shall be used in accordance with the Federal Rules of Civil Procedure.

It is hereby certified that on the 21st day of January 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                    Respectfully Submitted,

                    /s/ *Lee E. Sitlinger*
                    LEE E. SITLINGER
                    KELLY M. ROWAN
                    SITLINGER & THEILER
                    320 Whittington Parkway, Suite 304
                    Louisville, KY 40222
                    lsitlinger@sitlingerlaw.com
                    krowan@sitlingerlaw.com
                    *Counsel for Defendant, Curtis Flaherty*